**Order entered July 22, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-14-00259-CR

**TRAVIS WAYNE CARROLL, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the Criminal District Court No. 1
Dallas County, Texas
Trial Court Cause No. F13-41119-H**

## ORDER

The Court **GRANTS** court reporter Kathy Victoria McDaniel's July 19, 2014 second motion for extension of time to file the reporter's record.

We **ORDER** Ms. McDaniel to file the reporter's record within **TEN (10) DAYS** from the date of this order.

/s/    LANA MYERS
        JUSTICE